| FINAL_FILENAME | REASON_RETAINED |
|---|---|
| MACDONALD_JOHN_O-526631_IDPF_COMPLETE_295088-9-TXT.PDF | CHARGE-OUT SHEET |
| MAGIOWYCH_JOHN_33333183_IDPF_COMPLETE_309201-TXT.PDF | CHARGE-OUT SHEET |
| MAINE_ROGER_37551879_IDPF_COMPLETE_312555-9-TXT.PDF | CHARGE-OUT SHEET |
| MARRAH_JAMES_O 674600_IDPF_COMPLETE_336445-8-0903D5E18076D689.PDF | CHARGE-OUT SHEET |
| MARTEE_ROBERT_O-1305280_IDPF_COMPLETE_339687-9-TXT.PDF | BLANK FOLDER |
| MARTIN_CHARLES_O 756279_IDPF_COMPLETE_341327-0903D5E1807637AD.PDF | CHARGE-OUT SHEET |
| MARTIN_EDWARD_35589596_IDPF_COMPLETE_340366-81-TXT.PDF | CHARGE-OUT SHEET |
| MARTIN_JAMES_O 388572_IDPF_COMPLETE_343707-8-0903D5E18076D935.PDF | CHARGE-OUT SHEET |
| MARTIN_LEO_O 29031_IDPF_COMPLETE_342794-8-0903D5E18076D9D7.PDF | CHARGE-OUT SHEET |
| MARTINEC_ROBERT_36678809_IDPF_COMPLETE_347071-8-TXT.PDF | CHARGE-OUT SHEET |
| MCADOO_ROBERT_18082676_IDPF_COMPLETE_341135-8-TXT.PDF | CHARGE-OUT SHEET |
| MCANALLY_CHARLIE_38431732_IDPF_COMPLETE_372582-8-TXT.PDF | CHARGE-OUT SHEET |
| MCCABE_BENJAMIN_13126955_IDPF_COMPLETE_375070-TXT.PDF | CHARGE-OUT SHEET |
| MCCARY_PATTERSON_297153_IDPF_COMPLETE_3627-TXT.PDF | CHARGE-OUT SHEET AND BLANK FOLDER |
| MCCASLIN_THOMAS_17038437_IDPF_COMPLETE_4481-8-TXT.PDF | CHARGE-OUT SHEET |
| MCCAULEY_JAMES_37324832_IDPF_COMPLETE_5692-8-TXT.PDF | CHARGE-OUT SHEET |
| MCCLAIN_ROBERT_15334484_IDPF_COMPLETE_49878-9-TXT.PDF | CHARGE-OUT SHEET |
| MCCORD_JOSEPH_15382924_IDPF_COMPLETE_10002-8-TXT.PDF | CHARGE-OUT SHEET |
| MCCOY_DON_O 740232_IDPF_COMPLETE_16566-0903D5E1807626A1.PDF | CHARGE-OUT SHEET |
| MCNEILL_OTIS_34257063_IDPF_COMPLETE_61809-1-TXT.PDF | CHARGE-OUT SHEET |
| MCPARTLIN_ROBERT_O 659067_IDPF_COMPLETE_63016-8-0903D5E18076E75B.PDF | CHARGE-OUT SHEET |
| MCPHERON_EMMETT_O 822176_IDPF_COMPLETE_63914-0903D5E180760654.PDF | CHARGE-OUT SHEET AND BLANK FOLDER |
| MCVEY_MERLE_316035_IDPF_COMPLETE_65137-TXT.PDF | CHARGE-OUT SHEET AND BLANK FOLDER |
| MERCER_JOHN_37573501_IDPF_COMPLETE_83564-9-TXT.PDF | CHARGE-OUT SHEET |
| MERRICK_WILLIAM_32315673_IDPF_COMPLETE_82561-TXT.PDF | CHARGE-OUT SHEET |
| MERRIOTT_CLARENCE_38466199_IDPF_COMPLETE_84577-81-TXT.PDF | CHARGE-OUT SHEET |
| MESEROW_DAVID_O 732880_IDPF_COMPLETE_86728-8-0903D5E18076E5F8.PDF | CHARGE-OUT SHEET |
| MESSER_WILLIAM_O 422329_IDPF_COMPLETE_88845-9-0903D5E1807469D1.PDF | CHARGE-OUT SHEET |
| MEYER_DALE_O 743472_IDPF_COMPLETE_92110-8-0903D5E18076E52D.PDF | CHARGE-OUT SHEET |
| MILLER_CHARLES_33210812_IDPF_COMPLETE_108260-1-TXT.PDF | CHARGE-OUT SHEET |
| MILLER_CLARENCE_33005500_IDPF_COMPLETE_109141-TXT.PDF | CHARGE-OUT SHEET |
| MILLER_HARRY_6279215_IDPF_COMPLETE_112422-9-TXT.PDF | CHARGE-OUT SHEET |
| MILLER_JOSEPH_37559812_IDPF_COMPLETE_116754-8-TXT.PDF | CHARGE-OUT SHEET |
| MILLER_RHEA_18108733_IDPF_COMPLETE_117973-8-TXT.PDF | CHARGE-OUT SHEET |
| MOELLER_WALTER_O 760202_IDPF_COMPLETE_142664-8-0903D5E18076EB96.PDF | CHARGE-OUT SHEET |
| MOFFIT_JAMES_13088530_IDPF_COMPLETE_143868-TXT.PDF | CHARGE-OUT SHEET |
| MOLL_DAVID_O 702140_IDPF_COMPLETE_145993-8-0903D5E18076EBF6.PDF | CHARGE-OUT SHEET |
| MOLNAR_STEPHEN_832213_IDPF_COMPLETE_147926-TXT.PDF | CHARGE-OUT SHEET AND BLANK FOLDER |
| MOORE_ORBRY_O 793431_IDPF_COMPLETE_164289-8-0903D5E18076ED4A.PDF | CHARGE-OUT SHEET |
| MULDER_JOHN_O 509594_IDPF_COMPLETE_199995-9-0903D5E182CA2B45.PDF | DUPLICATE CORRUPT FILE; DPAA  PROVIDED ONE REPLACEMENT FILE |
| MURPHY_WILLIAM_12022852_IDPF_COMPLETE_213938-81-TXT.PDF | CHARGE-OUT SHEET |
| MURRAY_GEORGE_830140_IDPF_COMPLETE_214009-9-TXT.PDF | CHARGE-OUT SHEET |
| MYRICK_WYVON_241115_IDPF_COMPLETE_222332-8-TXT.PDF | CHARGE-OUT SHEET |

EXHIBIT 3

| FINAL_FILENAME | REASON_RETAINED |
|---|---|
| NATIONS_WILLIAM_510266_IDPF_COMPLETE_231040-TXT.PDF | CHARGE-OUT SHEET AND BLANK FOLDER |
| NATVIK_JOSEPH_36816393_IDPF_COMPLETE_233392-81-TXT.PDF | CHARGE-OUT SHEET |
| NATVIK_JOSEPH_36816393_IDPF_COMPLETE_233392-8-TXT.PDF | CHARGE-OUT SHEET |
| NEBRIJO_CACIANO_R 320224_IDPF_COMPLETE_236317-0903D5E180760109.PDF | CHARGE-OUT SHEET AND BLANK FOLDER |
| NEELEY_SAMUEL_O 728710_IDPF_COMPLETE_238529-0903D5E180760A18.PDF | CHARGE-OUT SHEET |
| NEFF_NORMAN_33823193_IDPF_COMPLETE_238562-TXT.PDF | CHARGE-OUT SHEET |
| NEWMAN_JAMES_O 708749_IDPF_COMPLETE_250462-8-0903D5E18076F460.PDF | CHARGE-OUT SHEET |
| NIEDERMAN_JULIUS_35457002_IDPF_COMPLETE_430883-TXT.PDF | CHARGE-OUT SHEET |
| NOBLE_ARTHUR_O 17780_IDPF_COMPLETE_269825-9-0903D5E180746ACF.PDF | CHARGE-OUT SHEET |
| NOLAN_JOSEPH_O 822522_IDPF_COMPLETE_266742-9-0903D5E182CA4751.PDF | DUPLICATE CORRUPT FILE; DPAA  PROVIDED ONE REPLACEMENT FILE |
| NORCROSS_EDGAR_470313_IDPF_COMPLETE_274115-9-TXT.PDF | CHARGE-OUT SHEET |
| NORTON_WILLIAM_O 431483_IDPF_COMPLETE_276347-82-0903D5E18076F2EA.PDF | CHARGE-OUT SHEET |
| OBRIEN_JAMES_O 830674_IDPF_COMPLETE_289039-81-0903D5E18076F4C6.PDF | CHARGE-OUT SHEET |
| OLIVER_JOE_38432042_IDPF_COMPLETE_307363-8-TXT.PDF | CHARGE-OUT SHEET |
| OLNEY_HANSFORD_O 725032_IDPF_COMPLETE_308755-8-0903D5E18076F579.PDF | CHARGE-OUT SHEET |
| ORSINGER_KEITH_A_-_O-426419_IDPF_COMPLETE_323723_WWII_USAAF-TXT.PDF | CHARGE-OUT SHEET |
| OVERDORF_HERBERT_O 746000_IDPF_COMPLETE_333445-1-0903D5E1807720DA.PDF | CHARGE-OUT SHEET |
| OWENS_DAVID_20454111_IDPF_COMPLETE_335767-TXT.PDF | CHARGE-OUT SHEET |
| PACKARD_RAY_O 766666_IDPF_COMPLETE_342034-9-0903D5E180746B18.PDF | CHARGE-OUT SHEET |
| PALLATINE_ERMENE_O 680067_IDPF_COMPLETE_348418-8-0903D5E18076F9BA.PDF | CHARGE-OUT SHEET |
| PANSIER_NORBERT_36233937_IDPF_COMPLETE_354827-8-TXT.PDF | CHARGE-OUT SHEET |
| PARKER_EARL_20363625_IDPF_COMPLETE_362358-9-TXT.PDF | CHARGE-OUT SHEET |
| PARKER_GEORGE_34265961_IDPF_COMPLETE_362438-TXT.PDF | CHARGE-OUT SHEET |
| PASLEY_JAMES_38685445_IDPF_COMPLETE_373192-91-TXT.PDF | CHARGE-OUT SHEET |
| PATERKIEWICZ_CASIMIR_36006037_IDPF_COMPLETE_375485-8-TXT.PDF | CHARGE-OUT SHEET |
| PAUL_JOSEPH_13006214_IDPF_COMPLETE_6927-TXT.PDF | CHARGE-OUT SHEET |
| PEALE_ROBERT_T 187572_IDPF_COMPLETE_16797-8-0903D5E18076FB04.PDF | CHARGE-OUT SHEET |
| PEARCE_THOMAS_O 668757_IDPF_COMPLETE_15149-8-0903D5E18076FB02.PDF | CHARGE-OUT SHEET |
| PERKINS_RALPH_O 667422_IDPF_COMPLETE_37546-0903D5E180760AE9.PDF | CHARGE-OUT SHEET |
| PERKINS_ROBERT_33297432_IDPF_COMPLETE_37822-8-TXT.PDF | CHARGE-OUT SHEET |
| PETERSEN_ALAN_O 2043736_IDPF_COMPLETE_52974-0903D5E18075FBD0.PDF | CHARGE-OUT SHEET |
| PETERSEN_GERARD_37272176_IDPF_COMPLETE_53450-8-TXT.PDF | CHARGE-OUT SHEET |
| PIERPONT_GEORGE_O 802781_IDPF_COMPLETE_88478-8-0903D5E18076FF2B.PDF | DUPLICATE; ONLY FUNERAL ARRANGEMENTS |
| PIERPONT_GEORGE_O 802781_IDPF_COMPLETE_88478-81-0903D5E18076FF2C.PDF | CHARGE-OUT SHEET |
| PIERPONT_GEORGE_O 802781_IDPF_COMPLETE_88478-9-0903D5E180773AEB.PDF | DUPLICATE ; ONLY FUNERAL ARRANGEMENTS |
| PINOR_RAUL_10305724_IDPF_COMPLETE_95624-9-TXT.PDF | CHARGE-OUT SHEET |
| PIOTROWSKI_FRANCIS_J_-_O-1173035_IDPF_COMPLETE_97008_WWII_USA_67-TXT.PDF | 3RD PARTY TRAVEL ORDERS AND RECEIPTS FOR ATTENDING FUNERAL |
| POLITTE_VINCENT_17057823_IDPF_COMPLETE_116683-1-TXT.PDF | CHARGE-OUT SHEET |
| POPHAM_WILLIAM_32301000_IDPF_COMPLETE_123701-TXT.PDF | CHARGE-OUT SHEET |
| POPPELL_HARRY_O 793835_IDPF_COMPLETE_125086-0903D5E18075FC3C.PDF | CHARGE-OUT SHEET |
| PORTER_JOHN_O 420397_IDPF_COMPLETE_126439-81-0903D5E180770372.PDF | CHARGE-OUT SHEET |
| POTTS_JOHN_36331763_IDPF_COMPLETE_132176-TXT.PDF | CHARGE-OUT SHEET |
| PRAYLOW_HUBERT_34843451_IDPF_COMPLETE_146394-1-TXT.PDF | CHARGE-OUT SHEET |

| FINAL_FILENAME | REASON_RETAINED |
|---|---|
| PRENTICE_ROBERT_O 765067_IDPF_COMPLETE_147745-8-0903D5E1807702BC.PDF | CHARGE-OUT SHEET |
| PULLIAM_FRANCIS_39393944_IDPF_COMPLETE_171204-TXT.PDF | CHARGE-OUT SHEET |
| RADLAUER_EARL_32217044_IDPF_COMPLETE_189853-9-TXT.PDF | CHARGE-OUT SHEET |
| RAFFONI_ANTHONY_32706385_IDPF_COMPLETE_193896-1-TXT.PDF | CHARGE-OUT SHEET |
| RAINS_PAUL_18129669_IDPF_COMPLETE_197101-8-TXT.PDF | CHARGE-OUT SHEET |
| RANDON_JACK_38538172_IDPF_COMPLETE_207986-1-TXT.PDF | CHARGE-OUT SHEET |
| RASMUSSEN_EMIL_O 735450_IDPF_COMPLETE_212214-0903D5E18075FC92.PDF | CHARGE-OUT SHEET |
| RAZLER_PHILIP_7024485_IDPF_COMPLETE_217950-TXT.PDF | CHARGE-OUT SHEET AND BLANK FOLDER |
| REESTMAN_MILTON_O 685727_IDPF_COMPLETE_239120-81-0903D5E180770651.PDF | CHARGE-OUT SHEET |
| REGER_LEONARD_39092285_IDPF_COMPLETE_241917-TXT.PDF | CHARGE-OUT SHEET |
| REGOLI_WALTER_O 743207_IDPF_COMPLETE_240445-8-0903D5E1807706 4D.PDF | CHARGE-OUT SHEET |
| REINEHR_EDWARD_31332480_IDPF_COMPLETE_248789-91-TXT.PDF | CHARGE-OUT SHEET |
| REINER_HERBERT_O 824724_IDPF_COMPLETE_248793-9-0903D5E180746C50.PDF | CHARGE-OUT SHEET |
| REMMEL_EARL_O 761624_IDPF_COMPLETE_251793-8-0903D5E180770704.PDF | CHARGE-OUT SHEET |
| RENAHAN_JOHN_32311937_IDPF_COMPLETE_254339-9-TXT.PDF | CHARGE-OUT SHEET |
| REYNOLDS_XWELL_35600263_IDPF_COMPLETE_264296-8-TXT.PDF | CHARGE-OUT SHEET |
| RIEBEL_HUGH_33483030_IDPF_COMPLETE_286607-TXT.PDF | CHARGE-OUT SHEET |
| RIETZE_ROBERT_39827023_IDPF_COMPLETE_291163-TXT.PDF | CHARGE-OUT SHEET AND BLANK FOLDER |
| ROACH_JAMES_17147154_IDPF_COMPLETE_288363-8-TXT.PDF | CHARGE-OUT SHEET |
| ROACH_JAMES_17147154_IDPF_COMPLETE_288363-9-TXT.PDF | CHARGE-OUT SHEET |
| ROBB_LYLE_O 756032_IDPF_COMPLETE_310584-0903D5E180761216.PDF | CHARGE-OUT SHEET |
| ROBERTS_CLIFTON_O 742358_IDPF_COMPLETE_313604-81-0903D5E180770B11.PDF | CHARGE-OUT SHEET |
| ROBERTS_GEORGE_O 519419_IDPF_COMPLETE_312150-0903D5E18077B78B.PDF | BLANK FOLDER AND MFR |
| ROBERTS_GEORGE_O_519419_IDPF_COMPLETE_312150-8_19963-TXT.PDF | BLANK FOLDER AND MFR |
| ROBERTS_THOMAS_31328701_IDPF_COMPLETE_317890-TXT.PDF | CHARGE-OUT SHEET |
| ROBINS_RALPH_11040984_IDPF_COMPLETE_323343-1-TXT.PDF | CHARGE-OUT SHEET |
| ROBINSON_JAMES_13033824_IDPF_COMPLETE_325133-8-TXT.PDF | CHARGE-OUT SHEET |
| ROFFE_GEORGE_O 696805_IDPF_COMPLETE_343277-91-0903D5E180746C1C.PDF | CHARGE-OUT SHEET |
| ROGERS_CHANCEY_36809378_IDPF_COMPLETE_341702-9-TXT.PDF | CHARGE-OUT SHEET |
| ROGERS_RAYMOND_35451439_IDPF_COMPLETE_347342-TXT.PDF | CHARGE-OUT SHEET |
| ROONEY_THOMAS_O 430943_IDPF_COMPLETE_358654-81-0903D5E180770CF8.PDF | CHARGE-OUT SHEET |
| ROSATONE_ANTHONY_O 710833_IDPF_COMPLETE_359927-8-0903D5E180770D5B.PDF | CHARGE-OUT SHEET |
| ROSATONE_ANTHONY_O 710833_IDPF_COMPLETE_359927-81-0903D5E180770D5C.PDF | CHARGE-OUT SHEET |
| ROSS_PHILIP_O 833591_IDPF_COMPLETE_372669-91-0903D5E180746BD0.PDF | CHARGE-OUT SHEET |
| ROSS_THOMAS_6981919_IDPF_COMPLETE_373951-81-TXT.PDF | CHARGE-OUT SHEET |
| ROTH_FREDERICK_O 726481_IDPF_COMPLETE_372948-0903D5E180760604.PDF | CHARGE-OUT SHEET AND BLANK FOLDER |
| ROTUNDO_JOSEPH_O 796604_IDPF_COMPLETE_5042-0903D5E180760AED.PDF | CHARGE-OUT SHEET |
| ROVINSKY_STANLEY_20301266_IDPF_COMPLETE_5578-TXT.PDF | CHARGE-OUT SHEET AND BLANK FOLDER |
| RUBIO_BALTAZAR_38217959_IDPF_COMPLETE_16330-8-TXT.PDF | CHARGE-OUT SHEET |
| RUGGIERO_JOHN_F_-_32656532_IDPF_COMPLETE_20151_WWII_USA_4-TXT.PDF | VIETNAM RECORD |
| RUKAVINA_NICK_35361517_IDPF_COMPLETE_25799-TXT.PDF | CHARGE-OUT SHEET |
| RUSSELL_EDMUND_O 813423_IDPF_COMPLETE_35267-8-0903D5E180770EB9.PDF | CHARGE-OUT SHEET |
| RUSSELL_GAYLE_37524103_IDPF_COMPLETE_34635-8-TXT.PDF | CHARGE-OUT SHEET |

| FINAL_FILENAME | REASON_RETAINED |
|---|---|
| RUSSELL_NORMAN_38503363_IDPF_COMPLETE_38514-8-TXT.PDF | CHARGE-OUT SHEET |
| RUSSELL_ROBERT_O 705995_IDPF_COMPLETE_34595-8-0903D5E180770EB7.PDF | CHARGE-OUT SHEET |
| RYDBERG_ELMER_O 745519_IDPF_COMPLETE_51149-8-0903D5E180770FD7.PDF | CHARGE-OUT SHEET |
| SABADO_PEDRO_10303616_IDPF_COMPLETE_55247-8-TXT.PDF | CHARGE-OUT SHEET |
| SALLBERG_FLOYD_8711093_IDPF_COMPLETE_67971-1-TXT.PDF | CHARGE-OUT SHEET |
| SAMPSON_KERMITTE_36323651_IDPF_COMPLETE_75230-8-TXT.PDF | CHARGE-OUT SHEET |
| SANDERS_LEWIS_6856705_IDPF_COMPLETE_84926-8-TXT.PDF | CHARGE-OUT SHEET |
| SCATTONE_VICTOR_32106897_IDPF_COMPLETE_115965-8-TXT.PDF | CHARGE-OUT SHEET |
| SCATTONE_VICTOR_32106897_IDPF_COMPLETE_115965-9-TXT.PDF | CHARGE-OUT SHEET |
| SCATTONE_VINCENT_32699542_IDPF_COMPLETE_115966-81-TXT.PDF | CHARGE-OUT SHEET |
| SCHLENKER_LAROY_O 736379_IDPF_COMPLETE_139636-0903D5E180760A66.PDF | CHARGE-OUT SHEET |
| SCHLIMGEN_JOE_6936007_IDPF_COMPLETE_135993-8-TXT.PDF | CHARGE-OUT SHEET |
| SCHULTZ_ROBERT_12096565_IDPF_COMPLETE_167787-TXT.PDF | CHARGE-OUT SHEET |
| SEELEY_GEORGE_31146057_IDPF_COMPLETE_200439-TXT.PDF | CHARGE-OUT SHEET |
| SENFF_ROBERT_O 797410_IDPF_COMPLETE_213223-0903D5E180760A13.PDF | CHARGE-OUT SHEET |
| SERIO_VINCENT_36648045_IDPF_COMPLETE_216976-81-TXT.PDF | CHARGE-OUT SHEET |
| SHAVER_THOMAS_14120849_IDPF_COMPLETE_236932-8-TXT.PDF | CHARGE-OUT SHEET |
| SHEAHAN_WILLIAM_31124582_IDPF_COMPLETE_244369-8-TXT.PDF | CHARGE-OUT SHEET |
| SHEFFER_HOWARD_33902861_IDPF_COMPLETE_249886-81-TXT.PDF | CHARGE-OUT SHEET |
| SHELDON_STANLEY_32755630_IDPF_COMPLETE_251418-8-TXT.PDF | CHARGE-OUT SHEET |
| SHEPHERD_MARSHALL_O-794588_IDPF_COMPLETE_255317-81-TXT.PDF | CHARGE-OUT SHEET |
| SHERASKI_RICHARD_36840153_IDPF_COMPLETE_251939-8-TXT.PDF | CHARGE-OUT SHEET |
| SHERIDAN_W_32457110_IDPF_COMPLETE_255319-3-TXT.PDF | CHARGE-OUT SHEET |
| SHERRILL_WALTER_39529633_IDPF_COMPLETE_260909-TXT.PDF | CHARGE-OUT SHEET AND BLANK FOLDER |
| SHIFLET_WILLIE_3572484_IDPF_COMPLETE_265024-TXT.PDF | CHARGE-OUT SHEET |
| SHIMULUNAS_LEROY_T 121188_IDPF_COMPLETE_268331-0903D5E18075FB1B.PDF | CHARGE-OUT SHEET AND BLANK FOLDER |
| SHINGLETON_DONALD_35754377_IDPF_COMPLETE_268366-9-TXT.PDF | CHARGE-OUT SHEET |
| SHUFELBERGER_ALBERT_351877_IDPF_COMPLETE_283052-TXT.PDF | CHARGE-OUT SHEET |
| SHUFRITZ_JOHN_35333691_IDPF_COMPLETE_283065-TXT.PDF | CHARGE-OUT SHEET |
| SIMKO_WILLIAM_2508268_IDPF_COMPLETE_302995-TXT.PDF | CHARGE-OUT SHEET |
| SKINNER_ROGER_D_-_O-703115_IDPF_COMPLETE_332644_WWII_USAAF_180-0903D5E182700574.PDF | BLANK FOLDER |
| SMALLEY_JACK_O 929508_IDPF_COMPLETE_352363-0903D5E18076385D.PDF | CHARGE-OUT SHEET |
| SMITH_ALLAN_O 14688_IDPF_COMPLETE_353121-1-0903D5E180760B2B.PDF | CHARGE-OUT SHEET |
| SMITH_ROBERT_O 403940_IDPF_COMPLETE_28230-8-0903D5E180771C6C.PDF | CHARGE-OUT SHEET |
| SMITHEY_DONALD_O 718788_IDPF_COMPLETE_44881-8-0903D5E180771B7B.PDF | CHARGE-OUT SHEET |
| SNYDER_DONALD_-_-_51047388_IDPF_COMPLETE_379942_WWII_USA_3-0903D5E182BC3DDD.PDF | KOREA RECORD |
| SNYDER_WILLIAM_-_-_52201700_IDPF_COMPLETE_377992_WWII_USA_112-0903D5E182906CDB.PDF | KOREA RECORD |
| SOISTMAN_RAYMOND_-_-_52088617_IDPF_COMPLETE_387454_WWII_USA_72-0903D5E182906CE7.PDF | KOREA RECORD |
| SOKOLOWSKI_WLADYSLAW_O 758091_IDPF_COMPLETE_68862-8-0903D5E180771AB3.PDF | CHARGE-OUT SHEET |
| SOLOMON_MELVIN_38540343_IDPF_COMPLETE_73873-81-TXT.PDF | CHARGE-OUT SHEET |
| SOLOMON_MELVIN_38540343_IDPF_COMPLETE_73873-82-TXT.PDF | CHARGE-OUT SHEET |
| SOLOMON_MELVIN_38540343_IDPF_COMPLETE_73873-8-TXT.PDF | CHARGE-OUT SHEET |
| SOMACAL_JOSEPH_C_-_55354072_IDPF_COMPLETE_380115_WWII_USA_122-0903D5E182906CEF.PDF | KOREA RECORD |

| FINAL_FILENAME | REASON_RETAINED |
|---|---|
| SPANAGEL_DONALD_O-299449_IDPF_COMPLETE_92649-TXT.PDF | CHARGE-OUT SHEET |
| SPEER_LESLIE_O 804529_IDPF_COMPLETE_107293-8-0903D5E180771D36.PDF | CHARGE-OUT SHEET |
| STAFFORD_GEORGE_6888288_IDPF_COMPLETE_138660-TXT.PDF | CHARGE-OUT SHEET |
| STALDER_KENNETH_15335659_IDPF_COMPLETE_138707-8-TXT.PDF | CHARGE-OUT SHEET |
| STELLE_MAHLON_O 803487_IDPF_COMPLETE_184369-8-0903D5E180771DDC.PDF | CHARGE-OUT SHEET |
| STERN_HAROLD_36787385_IDPF_COMPLETE_198139-1-TXT.PDF | CHARGE-OUT SHEET |
| STEVENS_DONALD_O 804246_IDPF_COMPLETE_195804-8-0903D5E180771F85.PDF | CHARGE-OUT SHEET |
| STEVENS_EDWARD_36965599_IDPF_COMPLETE_195817-TXT.PDF | CHARGE-OUT SHEET |
| STOCKDALE_ROBERT_35022625_IDPF_COMPLETE_229909-9-TXT.PDF | CHARGE-OUT SHEET |
| STPIERRE_ARTHUR_11038830_IDPF_COMPLETE_253319-TXT.PDF | CHARGE-OUT SHEET |
| SUCHARDA_GENE_O 440622_IDPF_COMPLETE_289551-9-0903D5E180746C56.PDF | CHARGE-OUT SHEET |
| SUDDRETH_WADE_14037639_IDPF_COMPLETE_287359-TXT.PDF | CHARGE-OUT SHEET |
| SULFLOW_AUGUST_O 730188_IDPF_COMPLETE_294352-1-0903D5E180760B25.PDF | CHARGE-OUT SHEET |
| SULLIVAN_JOHN_32847571_IDPF_COMPLETE_294374-8-TXT.PDF | CHARGE-OUT SHEET |
| SUNDBY_DONALD_O 747917_IDPF_COMPLETE_306223-0903D5E180763863.PDF | CHARGE-OUT SHEET |
| SUNDQUIST_GUS_33702300_IDPF_COMPLETE_308871-8-TXT.PDF | CHARGE-OUT SHEET |
| SUTTON_WARREN_O 884166_IDPF_COMPLETE_320941-0903D5E180760603.PDF | CHARGE-OUT SHEET |
| SWARNER_WALTER_O 435808_IDPF_COMPLETE_325741-9-0903D5E180746CAB.PDF | CHARGE-OUT SHEET |
| SZARAS_MARION_32475471_IDPF_COMPLETE_349765-TXT.PDF | CHARGE-OUT SHEET |
| TACKETT_ROBERT_39540641_IDPF_COMPLETE_354108-TXT.PDF | CHARGE-OUT SHEET |
| TAYLOR_ARTHUR_33811079_IDPF_COMPLETE_420902-TXT.PDF | CHARGE-OUT SHEET |
| TAYLOR_FRANK_O 736410_IDPF_COMPLETE_16845-8-0903D5E18077249B.PDF | CHARGE-OUT SHEET |
| THOOS_RICHARD_38326486_IDPF_COMPLETE_129528-8-TXT.PDF | CHARGE-OUT SHEET |
| TUNNELL_ROBERT_O 886174_IDPF_COMPLETE_266964-9-0903D5E182CC498E.PDF | CHARGE-OUT SHEET |
| UNDERWOOD_WEBER_12008353_IDPF_COMPLETE_311198-8-TXT.PDF | CHARGE-OUT SHEET |
| UTLEY_JAMES_35478414_IDPF_COMPLETE_323841-TXT.PDF | CHARGE-OUT SHEET |
| VILLARI_ANTHONY_35919619_IDPF_COMPLETE_58146-8-TXT.PDF | CHARGE-OUT SHEET |
| VUKOVICH_MILAN_O 754700_IDPF_COMPLETE_96062-1-0903D5E1807634AC.PDF | CHARGE-OUT SHEET |
| WACHAL_GERALD_T 127638_IDPF_COMPLETE_87353-81-0903D5E180772ABF.PDF | CHARGE-OUT SHEET |
| WACHTEL_FRANCIS_O 660534_IDPF_COMPLETE_92311-8-0903D5E180772AC4.PDF | CHARGE-OUT SHEET |
| WALKER_GEORGE_34147240_IDPF_COMPLETE_149580-8-TXT.PDF | CHARGE-OUT SHEET AND BLANK FOLDER |
| WALKER_GEORGE_7022753_IDPF_COMPLETE_149596-TXT.PDF | CHARGE-OUT SHEET |
| WALLICK_JOHN_39161478_IDPF_COMPLETE_173622-TXT.PDF | CHARGE-OUT SHEET |
| WATERS_HERMAN_34587603_IDPF_COMPLETE_250819-8-TXT.PDF | CHARGE-OUT SHEET |
| WATKINS_AUSTIN_O 820375_IDPF_COMPLETE_263963-8-0903D5E180772CFA.PDF | CHARGE-OUT SHEET |
| WEISS_DON_O 437629_IDPF_COMPLETE_345016-8-0903D5E180772DF3.PDF | CHARGE-OUT SHEET |
| WEISS_LESTER_O 789843_IDPF_COMPLETE_346085-81-0903D5E180772DF2.PDF | CHARGE-OUT SHEET |
| WESSELLS_WILLIAM_33225213_IDPF_COMPLETE_430222-0903D5E1807627C5.PDF | CHARGE-OUT SHEET |
| WHEELER_ROBERT_32844226_IDPF_COMPLETE_84084-8-TXT.PDF | CHARGE-OUT SHEET |
| WHITE_DOUGLAS_O 736436_IDPF_COMPLETE_94585-0903D5E18075FB77.PDF | CHARGE-OUT SHEET AND BLANK FOLDER |
| WHITE_GENE_16018747_IDPF_COMPLETE_105593-TXT.PDF | CHARGE-OUT SHEET |
| WIEDENBENNER_EDWARD_6860045_IDPF_COMPLETE_185038-8-TXT.PDF | CHARGE-OUT SHEET |
| WILLETT_JOHN_O 432218_IDPF_COMPLETE_233819-9-0903D5E180746FA1.PDF | CHARGE-OUT SHEET |

| FINAL_FILENAME | REASON_RETAINED |
|---|---|
| WILLIAMS_C_19161710_IDPF_COMPLETE_249864-8-TXT.PDF | CHARGE-OUT SHEET |
| WILLSON_VICTOR_12215254_IDPF_COMPLETE_331009-8-TXT.PDF | CHARGE-OUT SHEET |
| WILMES_ALBERT_35114077_IDPF_COMPLETE_331069-TXT.PDF | CHARGE-OUT SHEET |
| WILSON_MERLE_37701166_IDPF_COMPLETE_368178-8-TXT.PDF | CHARGE-OUT SHEET |
| WINGFIELD_KEITH_O 754707_IDPF_COMPLETE_24428-8-0903D5E1807732E6.PDF | CHARGE-OUT SHEET |
| WIRTZ_MATHEW_O 1287638_IDPF_COMPLETE_65472-9-0903D5E180746E9B.PDF | CHARGE-OUT SHEET |
| WITTBRODT_RAYMOND_36514146_IDPF_COMPLETE_107645-9-TXT.PDF | CHARGE-OUT SHEET |
| WOHLAUER_WOLF_39699670_IDPF_COMPLETE_101998-8-TXT.PDF | CHARGE-OUT SHEET |
| WOODWARD_CHARLIE_33650788_IDPF_COMPLETE_221193-TXT.PDF | CHARGE-OUT SHEET |
| WRIGHT_ANDERSON_33836022_IDPF_COMPLETE_262561-TXT.PDF | CHARGE-OUT SHEET |
| YANGULA_FRANK_33775980_IDPF_COMPLETE_344254-8-TXT.PDF | CHARGE-OUT SHEET |
| YOUNG_CHARLES_O 2057709_IDPF_COMPLETE_34182-0903D5E180762631.PDF | CHARGE-OUT SHEET |
| YOUNG_FRANK_18068258_IDPF_COMPLETE_43706-8-TXT.PDF | CHARGE-OUT SHEET |
| YOUNG_ROBERT_35285338_IDPF_COMPLETE_70550-TXT.PDF | CHARGE-OUT SHEET |
| ZAMRY_ALEX_O 411751_IDPF_COMPLETE_118250-0903D5E1807606B2.PDF | CHARGE-OUT SHEET AND BLANK FOLDER |
| ZANGER_MOSZEK_O 25889_IDPF_COMPLETE_134588-0903D5E180760A6C.PDF | CHARGE-OUT SHEET |
| ZWICKY_ROBERT_O 1317970_IDPF_COMPLETE_280760-0903D5E18076385F.PDF | CHARGE-OUT SHEET |