UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
August 23, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

JOHN EAKIN,

    *Plaintiff,*

v.

UNITED STATES DEPARTMENT OF DEFENSE,

    *Defendant.*

Case No. 5:16-cv-0972-RCL

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion issued this date, the Department of Defense's Motion [142] to Dismiss is **GRANTED**. Additionally, Plaintiff's Motion [141] for Partial Summary Judgment and Defendant's Motion [142] for Summary Judgment are **DENIED** as moot.

Date: August __22__, 2024

Royce C. Lamberth
United States District Judge